# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE WALRATH-RIDER,<br><br>   Plaintiff(s),<br><br>   v.<br><br>SALLY BEAUTY HOLDINGS, INC., et al.,<br><br>   Defendant(s). | CASE NO. CV10-902-AHM (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled ifApril 13, 2010 settlement is not consummated.

IT IS SO ORDERED.

Date: April 13, 2010

**JS-6**

_____
A. Howard Matz
United States District Court Judge